MAY GOLDBERG and MOE GOLDBERG, Plaintiffs, v. F. W. WOOLWORTH CO., Appellant. GRACE TEICHOLTZ, Doing Business under the Firm Name and Style of GUARANTEE WINDOW CLEANING Co., Proposed Impleaded Defendant, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Dore, Cohn and Callahan, JJ.

EMIL HORWITZ, Respondent, v. JOHN RICHARDS SOFIO and SOPHREDA, LIMITED, Defendants, Impleaded with JOHN R. SOFIO & PARTNERS, LIMITED, Appellant. MITCHELL R. BASKER, Respondent, v. JOHN RICHARDS SOFIO and SOPHREDA, LIMITED, Defendants, Impleaded with JOHN R. SOFIO & PARTNERS, LIMITED, Appellant.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Dore, Cohn and Callahan, JJ.

In the Matter of the Claim of ANNA DUDEK for Services Rendered as Housekeeper to JOSEF SKRZYDLEWSKI, Deceased. ANNA DUDEK, Claimant, Appellant, VOLDEMAR T. KRUGLAK, Respondent.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Dore, Cohn and Callahan, JJ.

In the Matter of Supplementary Proceedings: EMPIRE TRUST COMPANY, Judgment Creditor, Respondent, v. GENE BUCK, Judgment Debtor, Appellant.— Order unanimously modified by directing the judgment debtor to pay to the Empire Trust Company, judgment creditor, to apply on the judgment a portion of his income to the amount of $2,500 per year in monthly installments, in addition to the annual sum of $3,500 presently garnisheed against said income, and as so modified affirmed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Dore and Cohn, JJ.

CLARE GOODMAN and JOSEPH C. GOODMAN, Appellants, v. ALFRED C. PRENTICE, Respondent.— Order, so far as appealed from, unanimously modified by granting Item (a) in paragraph III of the notice of motion, and by granting Item (d) in said paragraph, except as to the details of the injection and the physical consequences thereof, and as so modified affirmed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Dore, Cohn and Callahan, JJ.

NATHAN TILEM, Respondent, v. ALON HOLDING CORPORATION and ERNEST CASIMOS, Doing Business under the Trade Name of NEW AMSTERDAM COFFEE SHOP AND RESTAURANT, Appellants.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Dore, Cohn and Callahan, JJ.; Martin, P. J., and O'Malley, J., dissent in part and vote to reverse and dismiss as to the defendant Alon Holding Corporation, on the authority of Kirby v. Newmann (239 N. Y. 470).

In the Matter of C. ARTHUR ARNSTEIN, an Attorney.— Reference ordered. Present — Martin, P. J., O'Malley, Dore, Cohn and Callahan, JJ.

In the Matter of ALFRED FEINGOLD, an Attorney.— Reference ordered. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of JACOB MODEL, an Attorney.— Reference ordered. Present — Martin, P. J., O'Malley, Dore, Cohn and Callahan, JJ.

In the Matter of HERMAN B. SARNO, an Attorney.— Reference ordered. Present — Martin, P. J., O'Malley, Dore, Cohn and Callahan, JJ.